1914.) Action by Michael Krook against the Mott Wheel Works. No opinion. Appeal dismissed, without costs, upon stipulation filed.

LA BARBERA, Appellant, v. LINCH, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Giuseppe La Barbera against George W. Linch, as receiver. C. M. Kiefer, of New York City, for appellant. C. E. Chalmers, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LA BARBERA v. LINCH. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Salvatore La Barbera against George W. Linch, as receiver. No opinion. Judgment and order affirmed, with costs. Order filed.

LANCON, Respondent, v. LANCON, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Charlotte Lancon against George L. Lancon. C. K. McGuire, of New York City, for appellant. L. Skidmore, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LANGE, Appellant, v. DICKEY, Respondent. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Ove Lange against William D. Dickey. E. Sandford, of New York City, for appellant. A. A. Van Tine, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LANZA, Respondent, v. SOUTHERN PAC. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Frank Lanza against the Southern Pacific Company. E. J. Esselstyn, of New York City, for appellant. M. S. Harris, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAROCQUE, Appellant, v. COMMERCIAL ADVERTISER ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Joseph Larocque against the Commercial Advertiser Association. R. Wellman, of New York City, for appellant. W. H. Pollak, of New York City, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
SCOTT, J., dissents.

LAROCQUE, Respondent, v. NEW YORK HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Joseph Larocque against the New York Herald Company. R. W. Candler, of New York City, for appellant. R. Wellman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re LAWRENCE. (Supreme Court, Appellate Division, First Department. October 30, 1914.) In the matter of William B. Lawrence. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAWRENCE v. MORRIS et al. (two cases). (Supreme Court, Appellate Division, First Department. October 30, 1914.) Separate actions by Julia M. C. Lawrence against Keith W. Morris and others and against Hilda C. E. Morris and others. No opinion. Applications granted. Settle order on notice.

LAZINSK v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Abram Lazinsk against the City of New York. No opinion. Motion granted. Order filed. See, also, 163 App. Div. 423, 148 N. Y. Supp. 808.

LEBOVSKY, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Abraham Lebovsky, an infant, by Samuel Lebovsky, his guardian ad litem, against the Board of Education of the City of New York and another. No opinion. Judgment unanimously affirmed, with costs.

LEINER v. R. HOE & CO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Joseph Leiner against R. Hoe & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1122.

LEVINE v. HOWARD. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Harry I. Levine against Rose Howard. No opinion. Motion granted, on condition stated in order. Order filed.

LEVINE v. TWENTY-EIGHTH ST. REALTY CO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Morris W. Levine against the Twenty-Eighth Street Realty Company. No opinion. Motion denied, without costs. Order filed. See, also, 149 N. Y. Supp. 1093.